```
MARC S. MAZER (SBN 81163)
mazer@weillmazer.com
ANDREW J. WEILL (SBN 73093)
weill@weillmazer.com
WEILL & MAZER
A Professional Corporation
200 California Street, Suite 400
San Francisco, California 94111
Telephone:    (415) 421-0730
Facsimile:    (415) 421-2355

Attorneys for Defendants Holly Hafermann, a/k/a Skylar Grey,
Vanessa Ostovich, and Elliott Taylor

A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
CASEY B. SYPEK (State Bar No. 291214)
csypek@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Defendants
PAUL ROTHENBERG and ROTHENBERG, P.C.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD MANDEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY HAFERMANN, doing business as SKYLAR GREY; VANESSA OSTOVICH; ELLIOTT TAYLOR; PAUL ROTHENBERG; and ROTHENBERG PC,<br><br>Defendants. | CASE NO. 3:20-cv-03668-JSC<br><br>[PROPOSED] ORDER PURSUANT TO JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT;<br><br>*Old Date*:<br>Date:    January 4, 2021<br><br>*New Date*:<br>Date:    February 3, 2021<br><br>Assigned for All Purposes to Magistrate Judge Jacqueline Scott Corley, Ctrm. E |

Having reviewed and considered the parties' Joint Stipulation Requesting Order Extending Time for Defendants to Respond to the Second Amended Complaint, and good cause appearing

---

466903.1                                          Case No. 3:20-cv-03668-JSC

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT

therefor, the Court hereby orders:

The deadline for Defendants to file their responses to the Second Amended Complaint is hereby extended from January 4, 2021 up to and including February 3, 2021.

**IT IS SO ORDERED.**

DATED: December 23, 2020, 2020

_____
Jacqueline Scott Corley, Ctrm E
Magistrate Judge of the United States
District Court of the Nothern District
Of California